(115 App. Div. 898)

### WOOLWORTH v. WOOLWORTH.

(Supreme Court, Appellate Division, First Department. November 5, 1906.)

Appeal from Special Term, New York County.

Action for separation by Martha G. Woolworth against Herbert G. Woolworth. From a decree in favor of plaintiff, defendant appeals. On motion to dismiss appeal. Motion denied, with conditions.

Argued before O'BRIEN, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and SCOTT, JJ.

Arnold L. Divis, for appellant.

Alexander S. Bacon, for respondent. .' ·

PER CURIAM. The motion to dismiss the appeal will be denied, upon condition that the appellant shall purge himself of contempt by paying all of the moneys required under the order of the Special Term made and entered the 30th day of July, 1906, as modified by this court, and $10 costs of this motion, and, within five days after entry and service of the order made hereon, obtain the signature of the trial justice ordering the case to be settled and filed.  .

Upon failure to comply with these conditions, motion to dismiss granted, with $10 costs.